**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-6207**

―――――――――

WILLIAM NATHANIEL AUSTIN, JR.,

Petitioner - Appellant,

versus

WILLIAM SMITH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting by
designation. (CA-95-649-MJG)

―――――――――

Submitted: May 29, 1997          Decided: June 5, 1997

―――――――――

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

William Nathaniel Austin, Jr., Appellant Pro Se. John Joseph
Curran, Jr., Kathryn Grill Graeff, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Austin v. Smith, No. CA-95-649-MJG (D. Md. Jan. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED